# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT KNOXVILLE

ROBERT T. STOOKSBURY, JR.,    )
                               )
       Plaintiff,             )
                               )
v.                             )     No.:  3:12-CV-548
                               )        (VARLAN/GUYTON)
MICHAEL L. ROSS, *et al.*,    )
                               )
       Defendants.          )

## ORDER

This civil matter is before the Court on the Report and Recommendation (the "R&R") entered by United States Magistrate Judge H. Bruce Guyton on January 4, 2013 [Doc. 131]. In the R&R, Magistrate Judge Guyton recommends denying the Motion for Immediate Entry of Temporary Restraining Order Granting Limited Relief to Preclude Defendants from Further Conveyances of Property Which Belonged to the Judgment Debtors [Doc. 6] as moot. There have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

After a careful review of the matter, the Court is in agreement with Magistrate Judge Guyton's recommendations, which the Court adopts and incorporates into its ruling. Accordingly, the Court **ACCEPTS IN WHOLE** the R&R [Doc. 131] and **DENIES AS MOOT** the Motion for Immediate Entry of Temporary Restraining Order

Granting Limited Relief to Preclude Defendants from Further Conveyances of Property Which Belonged to the Judgment Debtors [Doc. 6].

IT IS SO ORDERED.

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE