UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| ROBERT T. STOOKSBURY, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No.: 3:12-CV-548-TAV-HBG |
| MICHAEL L. ROSS, *et al.*, | ) | |
| Defendants. | ) | |

# **ORDER**

This civil matter is before the Court on the Report and Recommendation entered by United States Magistrate Judge H. Bruce Guyton, on July 3, 2017 (the "R&R") [Doc. 513]. In the R&R, Judge Guyton recommends that plaintiffs' Motion for Default Judgement Against the Ross Entities [Doc. 492] be granted. There have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72.

After a careful review of the matter, the Court is in agreement with Magistrate Judge Guyton's recommendations, which the Court adopts and incorporates into its ruling. As such, the Court **ACCEPTS IN WHOLE** the R&R [Doc. 513]. The Court hereby orders the following:

1. That plaintiff's Motion for Default Judgment Against the Ross Entities[1] [Doc. 492] is **GRANTED**;

---

[1] The specific Ross entities are identified in the R&R [Doc. 513 pp. 2–3].

2. That the Ross Entities are **ADJUDGED** responsible for fraud, civil conspiracy, and unjust enrichment, and are also found in violation of 18 U.S.C. § 1962(d); and

3. That judgment in the total amount of $1,516,431.79 be awarded to plaintiff, plus costs and interest.

IT IS SO ORDERED.

s/ Thomas A. Varlan<br>CHIEF UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

s/ Debra C. Poplin
CLERK OF COURT