## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## CIVIL MINUTES

**Case No.:** 3:12-cv-548    **At:** Knoxville, TN    **Date:** November 2, 2017

**Style:** Robert T. Stooksbury, Jr. v. Michael Ross, et al.,

**Present Before**: Honorable C. Clifford Shirley, Jr., United States Magistrate Judge

| Rachel Stone | None present | Danielle Goins |
|---|---|---|
| **Courtroom Deputy** | **Court Reporter** | **Law Clerk** |

|  |  |
|---|---|
|  | Michael Ross (pro se) |
|  | Evelyn Ross (pro se) |
|  | Andy Roskind |
|  | Wayne Henry |
| James R. Stovall | Wendell Hall |
| Wayne A. Ritchie, II | John Garrison (pro se |
| **Attorney for Plaintiff** | **Attorneys for Defendant** |

**Proceedings:** The parties appeared for a judicially hosted settlement conference. The parties were unable to reach a settlement agreement at this time.

**Time:** 9:00 a.m.    to    2:00 p.m.