IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| ROBERT T. STOOKSBURY, JR.<br>  Plaintiff,<br><br>v.<br><br>MICHAEL L. ROSS, et al.,<br>  Defendants. | No.: 3:12-CV-548-TAV-HBG |

## ORDER

Upon motion of Plaintiff and Defendant William J. Wolfenbarger and for good cause shown, the Court **GRANTS** the referenced parties' Joint Motion for Voluntary Dismissal of William J. Wolfenbarger without prejudice pursuant to Fed. R. Civ. Pro. 21. Accordingly, William J. Wolfenbarger is **DISMISSED without prejudice**.

IT IS SO ORDERED.

  s/ Thomas A. Varlan
THOMAS A. VARLAN
CHIEF UNITED STATES DISTRICT JUDGE